UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON, et al., <br><br>                    Plaintiffs, <br><br>     v. <br><br> AMOR ALEGRE, et al., <br><br>                    Defendants. | Case No.  1:23-cv-01366-BAM <br><br> **ORDER REGARDING STATUS CONFERENCE** <br><br> Scheduling Conference: April 25, 2024 <br>                                       1:30 PM (Zoom) <br>                                       Courtroom 8 (BAM) |

On March 19, 2024, the Court convened a status conference to address potential dates and Defendant Amor Alegre's ("Defendant Alegre") request to speak with the Court. Counsel Jennifer Rusnak appeared on behalf of Plaintiffs Sheilli Dizon and Mark Jason Espejo ("Plaintiffs"). Defendant Amor Alegre and Aurora Rigon appeared on their own behalf.

Defendant Aurora Rigon ("Defendant Rigon"), whose default was entered, stated that she had briefly communicated with Plaintiffs' attorney, but that she believed she was not included in the action. (*See* Docs. 13-15.) Defendant Rigon further stated that she intended to defend herself in this action. The Court informed Defendant Rigon that default had been entered against her, but that the Court would construe her appearance and request to defend herself as a request to set aside the default. Plaintiffs' counsel said that she would meet and confer with Defendant Rigon and determine whether to oppose the request to set aside the default. Defendant Alegre began discussing the merits of the case, and the Court informed Defendant Alegre that the Court could

not dispose of the matter at that hearing.  The Court further informed Defendants that they could consider consulting an attorney or paralegal regarding this matter.  The Court also discussed Plaintiff's contemplated amendment of the complaint to include retaliation and discrimination claims and noted that it was unlawful for employers to terminate or discriminate against employees for exercising their legal rights or because of the employees' protected characteristics.  The Court directed the parties to meet and confer regarding Plaintiffs' potential opposition to Defendant Rigon's request to set aside the default, potential resolution of this matter, and dates for this matter.

In light of the status of this case, the Court sets a Scheduling Conference for **April 25, 2024, at 1:30 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. Plaintiffs shall file a status report informing the Court of whether Plaintiff intends to oppose Defendant Rigon's request to set aside default and of any modified proposed dates at least one week prior to the conference.  The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **March 19, 2024**               /s/ *Barbara A. McAuliffe*           _
                                                                  UNITED STATES MAGISTRATE JUDGE