UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>Plaintiffs,<br><br>v.<br><br>AMOR ALEGRE and AURORA RIGON,<br><br>Defendants. | Case No. 1:23-cv-01366-JLT-BAM<br><br>**ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT AURORA RIGON**<br><br>(Doc. 15) |

On March 11, 2024, the Clerk of the Court entered default in this action against Defendant Aurora Rigon for the failure to appear, plead, or answer the complaint within the time allowed by law. (Doc. 15.) Subsequently, Defendant Rigon filed an answer to the complaint, (Doc. 17), and appeared before the Court at the March 19, 2024 status conference, (Doc. 19). At that time, the Court informed Defendant Rigon that it would construe her appearance and request to defend herself as a request to set aside the default. (Doc. 19.) Plaintiffs have indicated in writing and on the record that they do not oppose Defendant Rigon's request to set aside default. (*See* Doc. 20 at 3.) Accordingly, for cause appearing, Defendant Rigon's request to set aside the default entered against her is HEREBY GRANTED. The Clerk of the Court is directed to vacate the entry of default as to Defendant Aurora Rigon.

IT IS SO ORDERED.

Dated: **April 25, 2024**      /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE

1