UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>Plaintiffs,<br><br>v.<br><br>AMOR ALEGRE and AURORA RIGON,<br><br>Defendants. | Case No. 1:23-cv-01366-JLT-BAM<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT SHOULD NOT BE GRANTED**<br><br>(Doc. 26)<br><br>FOURTEEN (14) DAY DEADLINE |

Plaintiffs Sheilli Dizon and Mark Jason Espejo, proceeding with counsel, filed the instant action against Defendants Amor Alegre and Aurora Rigon on September 18, 2023. (Doc. 1.) On July 19, 2024, Plaintiffs filed a motion for leave to file a first amended complaint, which is set for hearing on August 30, 2024. (Doc. 26.)

Local Rule 230(c), as revised March 1, 2022, requires that opposition, if any, to the granting of the motion be filed and served no later than fourteen (14) days after the motion was filed. L.R. 230(c). Further, Local Rule 230(c) provides that the "failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion." L.R. 230(c). Defendants' oppositions or non-oppositions to the motion for leave to file a first amended complaint were due no later than August 5, 2024.[1] To date, no oppositions have been filed.

Accordingly, it is HEREBY ORDERED that Defendants Amor Alegre and Aurora Rigon

---

[1] Three (3) days were added after the period would otherwise expire based on service of the motion by mail. Fed. R. Civ. P. 6(d).

1

shall show cause by WRITTEN RESPONSE **within fourteen (14) days of service of this order** why the motion for leave to file a first amended complaint should not be granted.  Defendants may comply with the Court's order by filing an opposition or statement of non-opposition to Plaintiffs' motion for leave to file a first amended complaint.  <u>Defendants are warned that failure to comply with this order may result in the Court granting the motion without further notice.</u>

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **August 9, 2024** | /s/ *Barbara A. McAuliffe* |
| | UNITED STATES MAGISTRATE JUDGE |