UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>Plaintiffs,<br><br>v.<br><br>AMOR ALEGRE and AURORA RIGON,<br><br>Defendants. | Case No.  1:23-cv-01366-JLT-BAM<br><br>**ORDER FOLLOWING STATUS CONFERENCE**<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE**<br><br>Status Conference:    November 20, 2024<br>                                       1:30 PM (Zoom)<br>                                       Courtroom 8 (BAM) |

On September 24, 2024, the Court convened a status conference.[1]  Counsel Alexander Rusnak appeared on behalf of Plaintiffs Sheilli Dizon and Mark Jason Espejo.  Defendant Amor Alegre appeared on her own behalf, along with Defendant Aldrich Rigon.  Aurora Rigon failed to appear.

The Court and parties discussed service of the First Amended Complaint.  Plaintiffs' counsel intended to confirm Defendant Aldrich Rigon's address for service of the amended complaint, but indicated that the amended complaint had been served on Defendants Amor Alegre and Aurora Rigon.  Based on the Court's recent receipt of returned documents, the Court informed the parties that it required an updated address for Defendant Aurora Rigon.  *See* Local Rule 182(f) ("Each . . . pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number . . . of the pro se party."); 183(b) ("A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her

---

[1] The Court issued a Scheduling Conference Order on April 26, 2024, which set the instant status conference.  (*See* Doc. 24.)

1

1 current address.").

2     The Court and parties additionally discussed discovery issues, including documentation regarding ownership of the senior care facilities at issue and records of the hours worked and wages paid to Plaintiffs Dizon and Espejo.  The Court directed the parties to meet and confer regarding these discovery issues and the exchange of documents.  The Court also instructed the parties to meet and confer concerning ownership of the senior care facilities, appropriate defendants in this action, and informal resolution of this matter.

    As ordered, a STATUS CONFERENCE is set for **November 20, 2024, at 1:30 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  At least one week prior to the conference, Plaintiffs shall file a status report updating the Court on the conversations held with defendants, Plaintiffs' intent regarding each named defendant, and what information has been exchanged by the parties.  The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

    The Clerk of the Court is directed to serve a copy of this Order on Defendants Amor Alegre and Aurora Rigon by both mail and email.

IT IS SO ORDERED.

    Dated:   **September 24, 2024**            /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE