1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHEILLI DIZON and MARK JASON            Case No.  1:23-cv-01366-JLT-BAM
     ESPEJO,
12                                           **ORDER FOR DEFENDANT AURORA
                  Plaintiffs,                RIGON TO SHOW CAUSE RE FAILURE
13                                           TO APPEAR AT STATUS CONFERENCE**
           v.
14                                           FOURTEEN (14) DAY DEADLINE
     AMOR ALEGRE and AURORA RIGON,
15
                  Defendants.
16

17         Plaintiffs Sheilli Dizon and Mark Jason Espejo, proceeding with counsel, filed the instant

18   action against Defendants Amor Alegre and Aurora Rigon on September 18, 2023.  (Doc. 1.)  On

19   April 26, 2024, the Court issued a Scheduling Conference Order, which set a Status Conference

20   for September 24, 2024.  (Doc. 24.)

21         On September 24, 2024, the Court held the scheduled Status Conference.  Defendant

22   Aurora Rigon failed to appear.  Accordingly, Defendant Aurora Rigon is ORDERED TO SHOW

23   CAUSE for the failure to appear at the Status Conference.  Defendant Auror Rigon shall respond

24   to this Order to Show Cause in writing **within fourteen (14) days of service of this order**.

25   Defendant Aurora Rigon is warned that failure to comply with this order may result in the

26   imposition of sanctions.

27         Additionally, based on the Court's recent receipt of returned documents, Defendant

28

                                    1

Rigon is required to provide the Court and all other parties with an updated address. *See* Local Rule 182(f) ("Each . . . pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number . . . of the pro se party."); 183(b) ("A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.").

The Clerk of the Court is directed to serve this order on Defendant Aurora Rigon by email and mail.

IT IS SO ORDERED.

Dated:   **September 25, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE