UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>Plaintiffs,<br><br>v.<br><br>AMOR ALEGRE and AURORA RIGON,<br><br>Defendants. | Case No.  1:23-cv-01366-JLT-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT STATUS CONFERENCE** (Doc. 35)<br><br>**ORDER DIRECTING CLERK OF COURT TO UPDATE ADDRESS FOR DEFENDANT AURORA RIGON** |

On September 26, 2024, the Court issued an order for Defendant Aurora Rigon ("Defendant Rigon") to show cause regarding her failure to appear to appear at the Status Conference held on September 24, 2024.  And, in light of the Court's recent receipt of returned documents, the Court advised Defendant Rigon regarding her obligation to provide the Court and all other parties with an updated address.  (Doc. 35.)

On September 30, 2024, Defendant Rigon responded to the show cause order.  In the response, Defendant Rigon explains that she did not attend the Status Conference "due to a scheduling conflict concerning an imperative meeting that directly affected [her] employment." (Doc. 36 at 1.)  She also indicates that once she "received notice of the zoom link on September 18, 2024, [she] responded stating the scheduling conflict."  (*Id.*)  Defendant Rigon additionally requests that the following address be used for future correspondence:  1915 Austin Ave., Clovis,

1

1  CA 93611.  (*Id.*)

2  The Court has considered Defendant Rigon's response and is not wholly persuaded

3  regarding her failure to appear for multiple reasons.  First, the Status Conference date was set

4  only after consultation with the parties at the Scheduling Conference held in April 2024.  (*See*

5  Doc. 22, 24.)  Second, the Court issued a written order memorializing the date set for the Status

6  Conference on April 26, 2024.  (Doc. 24.)  The Court served that order on Defendant Rigon by

7  mail the same day, and there is no indication that the order was returned as undeliverable.  Third,

8  Defendant Rigon's emailed response to Zoom link information is not sufficient to excuse her

9  failure to appear.  Documents intended to be filed with the Court by pro se litigants must be

10  mailed to the Clerk of the Court.  Emailing a document or response to the Clerk or the Court does

11  not constitute "filing."  Local Rule 134(a).

12  Notwithstanding these reasons, the Court recognizes that Defendant Rigon is proceeding

13  pro se.  Accordingly, the Order to Show Cause is DISCHARGED, and no sanctions will be

14  imposed at this time.  <u>Defendant Rigon is warned, however, that failure either to comply with</u>

15  <u>orders of this Court or to appear at scheduled hearings and conferences may result in the</u>

16  <u>imposition of sanctions.</u>  Local Rule 110.

17  Additionally, the Clerk of the Court is DIRECTED to update Defendant Aurora Rigon's

18  address as follows:  1915 Austin Ave., Clovis, CA 93611.

19  
20  IT IS SO ORDERED.

21  Dated:  **October 1, 2024**             /s/ *Barbara A. McAuliffe*        _
22                                   UNITED STATES MAGISTRATE JUDGE