UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>Plaintiffs,<br><br>v.<br><br>AMOR ALEGRE and AURORA RIGON,<br><br>Defendants. | Case No. 1:23-cv-01366-JLT-BAM<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

    On November 20, 2024, the Court convened a status conference. Counsel Alexander Rusnak appeared on behalf of Plaintiffs Sheilli Dizon and Mark Jason Espejo. Defendants Amor Alegre, Aurora Rigon, and Aldrich Rigon appeared pro se. All parties appeared by zoom video conference.

    The Court and parties discussed the status of outstanding discovery and ongoing factual disputes regarding the ownership of the senior care facilities at issue. The Court declined to resolve any discovery disputes or other matters in the absence of a formal motion. The Court and parties also discussed the potential for informal resolution of the action, but determined that a settlement conference would not be productive at this time.

    Additionally, the Court addressed Plaintiffs' intent to dismiss Defendant Aldrich Rigon from the action. Plaintiffs shall submit their notice of voluntary dismissal pursuant to Federal

1

Rule of Civil Procedure 41 as to Defendant Aldrich Rigon on or before **December 4, 2024**. A further status conference has not been set.

IT IS SO ORDERED.

Dated: **November 20, 2024**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE