UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMOR ALEGRE, et al,<br><br>　　　　Defendants. | Case No.  1:23-cv-01366-JLT-BAM<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL** |

On February 5, 2025, Plaintiffs filed a notice of voluntary dismissal without prejudice as to Defendant Aldrich Rigon.  (Doc. 42.)  In light of the voluntary dismissal, Defendant Aldrich Rigon is dismissed from this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate this Defendant, only, on the docket.  Plaintiffs are directed to serve a copy of this order and their voluntary dismissal (Doc. 42) upon Defendant Aldrich Rigon and to file any proof of service with the Court.

IT IS SO ORDERED.

　　Dated:　**February 6, 2025**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1