1  **Justin D. Harris, Bar No. 199112**
   **HARRIS LAW FIRM, PC**
2  7110 North Fresno Street, Suite 400
   Fresno, California 93720
3  Telephone (559) 272-5700
   Facsimile (559) 554-9989
4  jdh@harrislawfirm.net

5  Attorneys for Amor Alegre and Aurora Rigon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON and MARK JASON ESPEJO,<br><br>Plaintiffs,<br><br>v.<br><br>AMOR ALEGRE and AURORA RIGON,<br><br>Defendants. | Case No.: 1:23-cv-01366-JLT-BAM<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |

Pursuant to Local Rule 143 the parties stipulate and request the Court to order that the scheduling order entered on February 5, 2024 (Doc. 14) be modified by extending the discovery deadlines. The court granted one 60-day modification of discovery deadlines previously. (Doc. 14)

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted. Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.' " *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F.2d at 607).

On March 17, 2025, the Court granted Plaintiff's Ex Parte Application to Modify Pretrial Scheduling Order, setting the Non-Expert Discovery Cutoff to May 29, 2025, Expert Disclosure deadline to June 26, 2025, Supplemental Expert Disclosure deadline to July 28, 2025, and Expert Discovery Cutoff to August 28, 2025. All other deadlines set forth in the Scheduling Conference Order issued on April 26, 2024 (Doc. 24), remained unchanged, including the pretrial motion filing deadline, pretrial conference, and trial.

On April 17, 2025, undersigned counsel was retained to represent Defendants, who had previously been self-represented and had missed several discovery deadlines and court appearances. Given the current discovery deadlines as indicated above, the time remaining is insufficient for counsel to review the case file, address outstanding discovery issues, prepare or amend necessary discovery responses, and propound discovery. To ensure a fair and efficient pretrial process, the parties have conferred and agreed to modify the scheduling order to allow additional time for discovery. This extension will facilitate the completion of discovery and promote the interests of justice.

Wherefore the parties stipulate to the following amended discovery deadlines and pretrial dates:

**Non-Expert Discovery to close on:**
August 27, 2025

**Expert Disclosures Deadline:**
September 29, 2025

**Supplemental Expert Disclosures Deadline:**
October 29, 2025

**Pretrial Motion Filing Deadline:**
October 31, 2025

**Expert Discovery to close on:**
November 26, 2025

1   The dates for Pretrial Conference and Trial dates remain unchanged.

3   Dated:  April 29, 2025                         HARRIS LAW FIRM, PC

6                                                  By:_ /s/ Justin D. Harris_____
    Justin D. Harris, Attorneys for
7   Amor Alegre and Aurora Rigon

8   Dated:  April 29, 2025                         RESNAK LAW OFFICE

11                                                 By:_ /s/ Alexander S. Rusnak_____
    Alexander S. Rusnak
12  Jennifer L. Rusnak
13  Attorneys for Sheilli Dizon and Mark Jason
    Espejo

# ORDER

The Court has reviewed the parties above Stipulation to Modify Scheduling Order. Pursuant to the parties' joint stipulation and good cause appearing, the scheduling conference order in this matter (Docs. 24, 45) is amended as follows:

| | |
|---|---|
| **Non-Expert Discovery Cutoff:** | August 27, 2025 |
| **Expert Disclosure:** | September 29, 2025 |
| **Supplemental Expert Disclosure:** | October 29, 2025 |
| **Expert Discovery Cutoff:** | November 14, 2025 |
| **Pretrial Motion Filing Deadline:** | January 30, 2026 |
| **Pretrial Conference:** | June 29, 2026<br>1:30 p.m.<br>Courtroom 4 (JLT) |
| **Jury Trial (7-9 days):** | August 25, 2026<br>8:30 a.m.<br>Courtroom 4 (JLT) |

IT IS SO ORDERED.

Dated: **April 30, 2025**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE