UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILLI DIZON, et al., | Case No.  1:23-cv-01366-JLT-FJS |
| Plaintiffs, | ORDER TO SHOW CAUSE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS AS TO PLAINTIFF SHEILLI DIZON |
| v. | |
| AMOR ALEGRE, et al., | (ECF No. 55) |
| Defendants. | DEADLINE: APRIL 10, 2026 |

On December 15, 2025, the Court issued a minute order noting that the case had settled and ordered dispositive documents to be filed within one hundred (100) days as to Plaintiff Sheilli Dizon. (ECF No. 55.)  To date, no dispositional documents as to Plaintiff Sheilli Dizon have been filed.  Counsel for the parties are ORDERED TO SHOW CAUSE for the failure to file appropriate papers to dismiss the action by March 25, 2026, as ordered.  Alternatively, the parties can file dispositional documents and this Order to Show Cause will be discharged.  Counsel shall respond to this Order to Show Cause in writing no later than April 10, 2026.  Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE