UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHEILLI DIZON,

      Plaintiff,

  v.

AMOR ALEGRE and AURORA RIGON,

      Defendants.

Case No.: 1:23-cv-01366-JLT-FJS

ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE

(ECF Nos. 61, 62)

On April 3, 2026, the parties filed a joint stipulation of dismissal of the entire action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 62.) In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation. As the parties have filed dispositive documents as ordered, the Order to Show Cause issued on April 3, 2026 (ECF No. 61) is HEREBY DISCHARGED.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

  Dated:   **April 7, 2026**

                        FRANK J. SINGER
                        UNITED STATES MAGISTRATE JUDGE

-1-